IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT ERIC MORRIS,

    Petitioner,                    No. CIV S-11-1051 DAD P

    vs.

PEOPLE OF THE STATE OF CA,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the People of the State of California as the respondent in this action. The People of the State of California, however, are not the proper respondent. Accordingly, the instant petition must be

1

1 dismissed with leave to amend.  See Stanley, 21 F.3d at 360.  Petitioner is advised that the proper
2 respondent in the usual habeas action is the warden of the institution where the petitioner is
3 currently incarcerated.  See Stanley, 21 F.3d at 360.

4        In accordance with the above, IT IS HEREBY ORDERED that:

5        1.  Petitioner's motion to proceed in forma pauperis (Doc. No. 2) is granted;

6        2.  Petitioner's application for writ of habeas corpus is dismissed with leave to file
7 an amended petition within thirty days from the date of this order;

8        3  Any amended petition must be filed on the form employed by this court, must
9 name the proper respondent, and must state all claims and prayers for relief on the form.  It must
10 bear the case number assigned to this action and must bear the title "Amended Petition"; and

11        4.  The Clerk of the Court is directed to send petitioner the form for habeas corpus
12 application.

13 DATED: April 27, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:9
morr1051.122