1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VINCENT ERIC MORRIS,

12              Petitioner,              No. 2:11-cv-01051-MCE-DAD P

13        vs.

14   TIM VIRGA, Warden,

15              Respondent.              ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has filed a first amended petition for

18   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20              On November 19, 2012, the Magistrate Judge filed findings and recommendations

21   herein (ECF No. 56) which were served on all parties and which contained notice to all parties

22   that any objections to the findings and recommendations were to be filed within fourteen days.

23   Neither party has filed objections to the findings and recommendations.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                        1

1.  The findings and recommendations filed November 19, 2012 (ECF No. 56) are ADOPTED IN FULL; and

2.  Petitioner's July 23, 2012 motion for a stay and abeyance (ECF No. 35) is DENIED.

Dated:  January 22, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2